Ernest W. JOYNER, Appellant,

v.

UNITED STATES, Appellee.

No. 97–CF–771, 97–CO–1621
and 99–CO–1661.

District of Columbia Court of Appeals.

March 13, 2003.

Before: TERRY, FARRELL, and RUIZ, Associate Judges.

### ORDER

PER CURIAM.

On consideration of appellant's unopposed motion to reissue judgment, and appellant's *pro se* motion to recall the mandate, it is

ORDERED that appellant's motion to reissue judgment is granted. The mandate issued on August 30, 2002 is hereby recalled and the opinion and judgment of August 8, 2002, hereby vacated, to be reissued this date. It is

FURTHER ORDERED that appellant's *pro se* motion to recall the mandate is denied as moot.